IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| SWEETWATER SOUND, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | CIVIL NO:  1:10-CV-219 |
| | ) | |
| J2 ELECTRONICS GROUP, | ) | |
| LTD. d/b/a Audiolines.com | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO ENTRY OF CONSENT JUDGMENT

Comes now the plaintiff, Sweetwater Sound, Inc., by counsel, and the defendant, J2 Electronic Groups, Ltd. d/b/a Audiolines.com, by counsel, and hereby stipulate and agree to the entry of the Consent Judgment attached hereto and marked as Exhibit "A".

WHEREFORE, plaintiff, Sweetwater Sound, Inc., and defendant, J2 Electronics Group, Ltd. d/b/a Audiolines.com, pray that the Court accept their Stipulation and enter the Consent Judgment, and for all other just and proper relief in the premises.

**CARSON BOXBERGER LLP**                    **KOS & ASSOCIATES**

By ___s/Larry L. Barnard_____                    By ___s/Edmund P. Kos_____
      Larry L. Barnard                          Edmund P. Kos
      Attorneys for Plaintiff                          Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

SWEETWATER SOUND, INC.      )
                                )
         Plaintiff,        )
                                )
      -vs-                )          CIVIL NO:  1:10-CV-219
                                )
J2 ELECTRONICS GROUP,     )
LTD. d/b/a Audiolines.com    )
                                )
         Defendant.     )

## CONSENT JUDGMENT

This matter having come before the Court on the parties' Stipulation for Entry of Consent Judgment, and the Court, being duly advised in the premises, now enters the following Judgment:

1.      Plaintiff, Sweetwater Sound, Inc. (hereinafter "Sweetwater"), is an Indiana corporate with its principal place of business in Fort Wayne, Indiana.

2.      Defendant, J2 Electronics Group, Ltd. d/b/a Audiolines.com (hereinafter "Audiolines") is an Illinois corporation with its principal place of business in Chicago, Illinois.

3.      Both Sweetwater and Audiolines are in the business of selling audio recording and reproduction equipment, musical instruments and accessories.

4.      Jurisdiction in this Court is proper under 15 U.S.C. §1121, 28 U.S.C. §1331 and 28 U.S.C. §1332(a) and the principles of supplemental jurisdiction under 28 U.S.C. §1367.

EXHIBIT

A

ALL-STATE LEGAL®

5.      Venue is properly laid in this district pursuant to the provisions of 28 U.S.C. §1391(b) and (c), because a substantial part of events giving rise to this Complaint occurred in this judicial district because Audiolines is deemed to reside in this district.

6.      Pursuant to 28 U.S.C. §1391(c), Audiolines is deemed to reside in this judicial district because it was subject to personal jurisdiction in this judicial district at the time was the action commenced.

7.      Sweetwater sells audio recording and reproduction equipment, accessories for audio recording and reproduction equipment, musical instruments, accessories for musical instruments, and instructional materials for audio recording and music, under the trademark "Sweetwater".

8.      Sweetwater has used and continues to use the trademark "Sweetwater" in connection its sale or offering for sale of its products in the United States.

9.      Sweetwater first used the trademark "Sweetwater" in April of 1999, with the sale or offering for sale of its products.

10.     The trademark "Sweetwater" is one that is entitled protection under the Lanham Act, 15 U.S.C. §1051 et seq.

11.     On April 1, 2008, Sweetwater filed an application for the trademark "Sweetwater."

12.     On July 7, 2009, Sweetwater was issued the U.S. Trademark Registration No. 3652215 for "Sweetwater" (hereinafter "Trademark").

13.     Thereafter, Sweetwater began using the Trademark with the registered symbol.

14. As a result of the constant and excessive use by Sweetwater and the Trademark in connection with its products, and as a result of Sweetwater's constant and widespread advertising, the Trademark, and particularly the word "Sweetwater" has become identified with Sweetwater's products in the public mind and the music industry in general.

15. At the time this action was commenced, Audiolines was selling similar products and was using the Trademark in connection with its website and the sales of its products.

16. Subsequent to the filing of this action, Audiolines ceased the use of the Trademark in connection with its website and the sale of its products.

17. The parties agree that any continued use by Audiolines of the Trademark would cause irreparable injury to Sweetwater in the form of loss of profits and the deprivation of the benefits of the goodwill that is attached to the Trademark.

18. The parties agree that a permanent injunction should be issued precluding Audiolines from any infringing use of the Trademark.

19. Audiolines agrees that its actions infringing on the Trademark were in violation of the Lanham Act and would entitle Sweetwater to the remedies provided under 15 U.S.C. §1117.

20. Audiolines had a duty to assure that the advertising for its products was not confusingly similar to that used by Sweetwater which has developed goodwill and customer recognition.

3

21.     Audiolines breached its duty by misleading the public into believing the goods they were purchasing were from Sweetwater, when in fact they were purchasing goods from Audiolines.

22.     The natural and probable result of Audiolines acts were to deceive the public.

23.     Audiolines' actions in utilizing the Trademark in an attempt to sell its product constituted a violation of 15 U.S.C. §1125(a)(1).

24.     Audiolines must pay to Sweetwater the sum of $5,000.00 as damages for its violations of the Lanham Act.

For all the foregoing reasons, JUDGMENT is hereby entered in favor of plaintiff, Sweetwater Sound, Inc. and against defendant, J2 Electronics Group, Ltd. d/b/a Audiolines.com, on plaintiff's Complaint in the sum of $5,000.00.   Defendant, J2 Electronics Group, Ltd. d/b/a Audiolines.com, is permanently enjoined from the use of the Trademark "Sweetwater" on its website or otherwise in connection with the sale of its products.  Costs are awarded to the plaintiff.

Dated: _____

_____
Judge, U.S.D.C.